Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

March 17, 2021

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR21-046 RAJ |
| Plaintiff | |
| v. | INDICTMENT |
| DAVID NATHANIEL HOFFMAN, | |
| Defendant. | |

## COUNT 1

### (Assault Resulting in Serious Bodily Injury)

On or about April 28, 2020, at SeaTac, within the Western District of Washington, and within the territorial jurisdiction of the United States, that is, inside the Federal Detention Center at SeaTac, DAVID NATHANIEL HOFFMAN assaulted John Doe, resulting in serious bodily injury to John Doe.

//
//
//
//
//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 113(a)(6).

A TRUE BILL
DATED: _3/17/2021_

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*
FOREPERSON

TESSA M. GORMAN
Acting United States Attorney

TODD GREENBERG
Assistant United States Attorney

YE-TING WOO
Assistant United States Attorney

CATHERINE L. CRISHAM
Assistant United States Attorney

Indictment/DAVID NATHANIEL HOFFMAN - 2