Magistrate Judge Mary Alice Theiler

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

| UNITED STATES OF AMERICA, | NO. CR21-046-RAJ |
|---|---|
| Plaintiff | |
| v. | MOTION FOR DETENTION |
| DAVID NATHANIEL HOFFMAN, | |
| Defendant. | |

16    The United States moves for pretrial detention of the Defendant, pursuant

17  to 18 U.S.C. 3142(e) and (f)

18    1.    **Eligibility of Case.**  This case is eligible for a detention order because this

19  case involves (check all that apply):

20    ☒    Crime of violence (18 U.S.C. 3156).

21    ☐    Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence

22  of ten years or more.

23    ☐    Crime with a maximum sentence of life imprisonment or death.

24    ☐    Drug offense with a maximum sentence of ten years or more.

25

26    ☐    Felony offense and defendant has two prior convictions in the four

27  categories above, or two State convictions that would otherwise fall within these four

28  categories if federal jurisdiction had existed.

MOTION FOR DETENTION/
*United States v. Hoffman*, CR21-46RAJ - 1

1    ☐    Felony offense involving a minor victim other than a crime of violence.

2    ☐    Felony offense, other than a crime of violence, involving possession or use

3 of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any

4 other dangerous weapon.

5    ☐    Felony offense other than a crime of violence that involves a failure to

6 register as a Sex Offender (18 U.S.C. 2250).

7    ☒    Serious risk the defendant will flee.

8

9    ☒    Serious risk of obstruction of justice, including intimidation of a

10 prospective witness or juror.

11       2.    **Reason for Detention.**  The Court should detain defendant because there

12 are no conditions of release which will reasonably assure (check one or both):

13    ☒    Defendant's appearance as required.

14    ☒    Safety of any other person and the community.

15       3.    **Time for Detention Hearing.**  The United States requests the Court

16 conduct the detention hearing at the initial appearance.

17       4.    **Status of Defendant**.  Defendant is detained at the Federal Detention

18 Center at SeaTac pursuant to a Detention Order (Dkt. 10) in Case Number

19 CR19-5457BHS.

20       DATED this 19th day of March, 2021.

21                                    Respectfully submitted,

22                                    TESSA M. GORMAN
                                      Acting United States Attorney
23

24                                    *s/Ye-Ting Woo*
                                      YE-TING WOO
25                                    Assistant United States Attorney

26

27

28

MOTION FOR DETENTION/
*United States v. Hoffman*, CR21-46RAJ - 2