UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR21-046 RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| DAVID NATHANIEL HOFFMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:     Assault Resulting in Serious Bodily Injury

<u>Date of Detention Hearing</u>:   March 19, 2021

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant has been indicted on the above-referenced charge, alleged to have

DETENTION ORDER
PAGE -1

been committed on or about April 28, 2020 when he was in the custody of the Federal Detention Center.  Also pending is Case No. CR19-5457 BHS, for which defendant has been detained. Therefore, the issue of detention is essentially moot, as defendant is already in federal custody. Defendant's criminal history includes failures to appear with warrant activity., including warrants for escape and failing to report.  Defendant does not contest detention.

2. Defendant poses a risk of nonappearance based on unknown substance use history, history of failing to appear, lack of a stable and verifiable residence, lack of verifiable employment, pending charges, and an outstanding warrant.  Defendant poses a risk of danger based on the nature and circumstances of the offense, criminal activity while on supervision and while in custody, unknown substance abuse history, current supervision with the state Department of Corrections, and prior criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 19th day of March, 2021.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3